**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| IHEATU OBIOHA, ) | Case No. SACV 09-1164-MLG |
| ) Plaintiff, ) | ORDER TO SHOW CAUSE |
| ) v. ) | |
| ) CONCEPT LAROATORIES, INC., ) | |
| ) Defendant. ) | |

This action was filed on October 9, 2009. The docket reflects that no further action has been taken in this matter since that date.

Pursuant to F.R.Civ.P. 4(m), if service of the summons and complaint is not made within 120 days of the filing of the complaint, the court shall dismiss the matter without prejudice unless good cause is shown to extend the time for service. Plaintiff has not effected service in the time allowed nor has he requested additional time in which to do so.

Accordingly, IT IS ORDERED that, not later than February 3, 2010, Plaintiff shall show cause, if any exists, why he has not effected service upon the defendant in the time allowed and why the

action should not be dismissed for failure to effect service.

**Failure to comply with this order will result in dismissal of the action without further notice.**

Dated: January 26, 2010

_____
Marc L. Goldman
United States Magistrate Judge